UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL G. DURAND** | **CIVIL ACTION NO. 6:17-CV-00775** |
| **VERSUS** | **JUDGE REBECCA F. DOHERTY** |
| **ONEBANE LAW FIRM APC WELFARE BENEFITS PLAN, LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY (BLUE CROSS/BLUE SHIELD OF LOUISIANA) AND LAFAYETTE GENERAL MEDICAL CENTER, INC.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(i) OF COMPLAINT FOR PAYMENT OF BENEFITS UNDER 29 U.S.C. § 1132 AGAINST ONEBANE LAW FIRM APC WELFARE BENEFITS PLAN, AN ERISA PLAN, AND LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY (BLUE CROSS/BLUE SHIELD OF LOUISIANA) AS PLAN & CLAIMS ADMINISTRATOR OF BENEFITS UNDER THE PLAN AND FOR ATTORNEY FEES AND COSTS, AND DECLARATORY JUDGMENT ACTION AGAINST LAFAYETTE GENERAL MEDICAL CENTER, INC. FOR DECLARATION OF RIGHTS UNDER CONTRACTS BETWEEN PLAN PARTICIPANT AND MEMBER AND THE PLAN PREFERRED PROVIDER, AS WELL AS FOR DAMAGES, PENALTIES, COSTS AND ATTORNEY FEES PURSUANT TO THE SUPPLEMENTAL JURISDICTION OF THIS COURT UNDER LAW, INCLUDING 28 U.S.C. § 1367**

Now comes the plaintiff, Michael G. Durand, appearing Pro se, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, prior to the service by the adverse parties of an answer or motion for summary judgment, and hereby gives notice of dismissal of this action without prejudice. Complainant will provide service or copies of this Notice pursuant FRCP Rule 5.

Respectfully submitted, this the 26th day of June, 2017.

s/Michael G. Durand
Michael G. Durand (# 05223)
1200 Camellia Boulevard (70508)
Suite 300
Post Office Box 3507
Lafayette, LA 70502-3507
(337) 237-2660
(337) 266-1232 FAX
durandm@onebane.com
Participant
Appearing Pro se

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, a copy of the foregoing Notice of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system. I also certify that I have mailed by U.S. Postal Service this filing to the following non-CM/ECF participants:

Onebane Law Firm APC Welfare Benefits Plan
The Onebane Law Firm APC
1200 Camellia Blvd, Suite 300
Lafayette, LA 70508

Louisiana Health Service and Indemnity Company (Blue Cross/Blue Shield Of Louisiana)
Through its registered agent for service of process:
Michelle S. Calandro
5525 Reitz Avenue
Baton Rouge, LA 70809

Lafayette General Medical Center, Inc.
Through its registered agent for service of process
Gordon E. Rountree, Jr.
920 W. Pinhook
Lafayette, LA 70503

U.S. Department of Labor
Office of the Solicitor
Room N-4611
200 Constitution Avenue, N.W.
Washington, D.C. 20210

U.S. Department of the Treasury
Office of the General Counsel
Room 3000
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

                                                    s/Michael G. Durand
Michael G. Durand (# 05223)
1200 Camellia Boulevard (70508)
Suite 300
Post Office Box 3507
Lafayette, LA 70502-3507
(337) 237-2660
(337) 266-1232 FAX
durandm@onebane.com
Participant
Appearing Pro se